IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| WILLIE LEONARD DALTON | § | |
| VS. | § | CIVIL ACTION NO. 1:05v423 |
| BARRY LIVINGSTON, ET AL | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Willie Leonard Dalton, a prisoner incarcerated at the Larry Gist State Jail, proceeding *pro se* and *in forma pauperis*, filed the above-styled lawsuit pursuant to 42 U.S.C. § 1983.

The court heretofore referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning the matter. The magistrate judge recommends this lawsuit be dismissed without prejudice for failure to exhaust administrative remedies.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings and all available evidence in this matter. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.  A final judgment will be entered dismissing this case without prejudice for failure to exhaust administrative remedies.

SIGNED at Beaumont, Texas, this 15th day of August, 2005.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE